UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

RENE GARIBAY-ROBLEDO,

    Petitioner,

v.                                                                              No. 1:25-CV-177-H

KRISTI NOEM, et al.,

    Respondents.

**SANCTIONS ORDER**

    The Court issued an Order to Show Cause on November 21, 2025, after discovering multiple issues with the filings submitted by the petitioner's counsel, John M. Bray. Dkt. No. 14. Bray responded, Dkt. No. 15, and the Court set a show-cause hearing for January 8, 2026, Dkt. No. 17. For the reasons stated at the hearing, the Court finds that Bray failed to make a reasonable inquiry required by Rule 11 and long-standing precedent into the validity of the arguments he presented in his filings. Fed. R. Civ. P. 11; *see also Gauthier v. Goodyear Tire & Rubber Co.*, No. 1:23-CV-281, 2024 WL 4882651, at *3 (E.D. Tex. Nov. 25, 2024). Further, the Court finds that Bray—by his own admission—falsely certified in his reply brief that he "independently cross-checked and verified the accuracy of all legal authorities, citations, facts, and arguments." Dkt. No. 13 at 2. Sanctions are therefore appropriate. Bray is ordered to attend a minimum of four hours of CLE courses on the topic of legal ethics and submit proof to the Court of his attendance by March 9, 2026.

    So ordered on January __8__, 2026.

                                                                       JAMES WESLEY HENDRIX
                                                                       UNITED STATES DISTRICT JUDGE