UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| RENE GARIBAY-ROBLEDO,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>    Respondents. | No. 1:25-CV-177-H |

## **FINAL JUDGMENT**

For the reasons stated in the Court's Order, Dkt. No. 22, it is hereby ordered, adjudged, and decreed that:

The corrected petition for a writ of habeas corpus (Dkt. No. 20) is denied.

The Clerk of Court is directed to close the case.

So ordered on January 9, 2026.

                                                                       JAMES WESLEY HENDRIX
                                                                       UNITED STATES DISTRICT JUDGE